United States District Court
Southern District of Texas
**ENTERED**
February 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. 3:15-CV-162 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al*, | | |
| Defendants. | | |

# **ORDER**

Having considered the Business Groups' Unopposed Motion for Leave to File a Brief *Amicus Curiae* in Support of the States' Motion for a Nationwide Preliminary Injunction (Dkt. 76), the Court hereby **GRANTS** the motion.

Accordingly, the Clerk of this Court is **ORDERED** to enter Dkts. 76-1 and 76-2 among the pleadings in this case.

SIGNED at Galveston, Texas, this 7th day of February, 2018.

_____
George C. Hanks Jr.
United States District Judge