# HEARING MINUTES

| | |
|---|---|
| Cause No: | 3:15-CV-162 (member cases 3:15-cv-165; 3:15-cv-266; 3:18-cv-176) |
| Style: | STATE OF TEXAS, *et al vs.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al* |
| Hearing Type: | Motion Hearing (Telephone) |

Appearances:

| Counsel | Representing |
|---|---|
| Linda Secord<br>Lisa Bennett | State of Texas |
| Tim Bishop<br>Michael Kimberly | Movant Plaintiffs (3:15-cv-165) |
| Zach Fayne | Consolidated Plaintiffs (3:15-cv-266) |
| Lowell Rothschild | Consolidated Plaintiff Texas Alliance for Responsible Growth, Environment and Transportation |
| Andrew Doyle<br>Daniel Dertke | Defendants United States Environmental Protection Agency, United States Army Corps of Engineers, Gina McCarthy |
| Aaron Colangelo<br>Jared Knieley | Intervenor Defendants National Wildlife Federation; Natural Resources Defense Council |

| | |
|---|---|
| Date:  March 20, 2019 | ERO:  Andy Gould |
| Time:  1:07 PM - 1:20 PM | Case Manager:  Susan Gram |

At the hearing, the following rulings were made as stated on the record:

1. Telephonic motion hearing held as to Private Party Plaintiffs' (in No. 3:15-cv-165) Corrected Unopposed Motion of the Private Party Plaintiffs in No. 3:15-cv-165 For An Expedited Summary Judgment Decision.  (Dkt 188)

2. Court held hearing on Dkt 188 as stated on the record.