# HEARING MINUTES

Cause No:       3:15-cv-00162

Style:          *State of Texas et al v. United States Environmental Protection Agency et al*

Hearing Type:   Motion Hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Amber Ahmed | Plaintiffs, State of Texas, et al. |
| Timothy Bishop | Consol Plaintiffs, American Farm Bureau Federation, et al. |
| Lowell Rothschild | Consol Plaintiff, Texas Alliance for Responsible Growth |
| Jonathan Brightbill | Defendant, United States Environmental Protection Agency |
| Catherine Rahm | Intervenor Defendant, Natural Resources Defense Council |

Date: October 22, 2019          ERO: C. Gutierrez
Time: 10:23–10:51 A.M.          Law Clerk: B. Zubay

At the hearing, the following rulings were made as stated on the record:

1. The Motion for Reconsideration of Plaintiffs in Numbers 3:15-cv-165 and 3:15-cv-266 (Dkt. 204), the States' Motion for Reconsideration (Dkt. 205), and Defendant-Intervenors' Motion to Hold Case in Abeyance (Dkt. 220) are **taken under advisement.**