IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

STATE OF TEXAS, *et al.*,⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀*Plaintiffs,*⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀Civil Action No. 3:15–cv–0162
UNITED STATES⠀⠀⠀⠀⠀⠀⠀⠀)
ENVIRONMENTAL PROTECTION⠀)
AGENCY, *et al.*,⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀*Defendants.*⠀⠀⠀⠀⠀⠀)

**STATES' NOTICE OF FILING
IN THE DISTRICT COURT OF SOUTH CAROLINA**

TO THE HONORABLE GEORGE C. HANKS, JR.:

The States of Texas, Louisiana, and Mississippi ("States") hereby notify the

Court of the attached complaint filed by environmentally-focused organizations,

including the Natural Resources Defense Council and National Wildlife Federation

(Intervenor-Defendants in the present case), in the District of South Carolina. *See*

Exhibit A, *South Carolina Coastal Conservation League v. Wheeler*, No. 2:19-cv-

03006 (Oct. 23, 2019, D.S.C.)  As promised, Intervenor-Defendants have sought

vacatur of the Repeal Rule[1] based on perceived violations of the Administrative

Procedure Act ("APA").

---

[1] Definition of "Waters of the United States"-Recodification of Pre-Existing Rules, 84 Fed. Reg. 56,626 (Oct. 22, 2019).

Last year, an identical group of plaintiff organizations successfully persuaded the District of South Carolina to enjoin the Applicability Rule[2] nationwide, also based on violation of the APA. See *South Carolina Coastal Conservation League v. Pruitt*, 318 F. Supp. 3d 959 (D.S.C. 2018).  The District of South Carolina's action on the Applicability Rule was the impetus for a series of expedited filings in this Court (Dkts. 130-136) prior to the Court preliminarily enjoining the 2015 WOTUS Rule[3] in Texas, Louisiana, and Mississippi. Dkt. 140.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Chief, Environmental Protection Division

*/s/ Linda B. Secord*
LINDA B. SECORD
Assistant Attorney General
Attorney-in-charge
State Bar No. 17973400
Southern District ID 1850549
Linda.Secord@oag.texas.gov

---

[2] Definition of "Waters of the United States"—Addition of an Applicability Date to 2015 Clean Water Rule, 83 Fed. Reg. 5,200 (Feb. 6, 2018). Sometimes called the "Applicability Date Rule" or "Suspension Rule."

[3] Clean Water Rule: Definition of "Waters of the United States," 80 Fed. Reg. 37,054 (June 29, 2015)

J. AMBER AHMED
Assistant Attorney General
State Bar No. 24080756
Southern District ID 3135176
Amber.Ahmed@oag.texas.gov

Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
*Tel.* (512) 463-2012
*Fax* (512) 320-0911

**ATTORNEYS FOR STATE OF TEXAS,
TEXAS DEPARTMENT OF AGRICULTURE,
TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY, TEXAS
DEPARTMENT OF TRANSPORTATION,
TEXAS GENERAL LAND OFFICE,
RAILROAD COMMISSION OF TEXAS, and
TEXAS WATER DEVELOPMENT BOARD**

JEFF LANDRY
Attorney General of Louisiana

*/s/ Elizabeth B. Murrill*
ELIZABETH B. MURRILL (La #20685)
Solicitor General
murrille@ag.louisiana.gov

MICHELLE M. WHITE (La #26988)
Assistant Attorney General
whitemi@ag.louisiana.gov

Louisiana Department of Justice
P.O. Box 94005
1885 N. Third Street
Baton Rouge, Louisiana 70804
*Tel.* (225) 326-6766
*Fax* (225) 326-6099

**ATTORNEYS FOR STATE OF LOUISIANA**

3

JIM HOOD
Attorney General of State of Mississippi

*/s/ Mary Jo Woods*
MARY JO WOODS
Special Assistant Attorney General
Miss. Bar No. 10468
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Phone: (601) 359-3020
Facsimile: (601) 359-2003
Email:  mwood@ago.state.ms.us

**ATTORNEYS FOR STATE OF MISSISSIPPI**

5

## CERTIFICATE OF SERVICE

I certify that on October 28, 2019, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys in this case.

*/s/ J. Amber Ahmed*
J. AMBER AHMED